DHS/05-104

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY BERRY, a Minor, by his Mother and Next Friend, SHEILA BERRY, | ) ) ) | FILED: AUGUST 11, 2008<br>08CV4528<br>JUDGE CASTILLO |
| Plaintiff, | ) ) | MAGISTRATE JUDGE NOLAN |
| -vs- | ) ) | NO.<br>TC |
| KIMBERLY REILLY, | ) ) | |
| Defendants. | ) | |

**COMPLAINT AT LAW**

NOW COMES the Plaintiff, ANTHONY BERRY, a Minor, by his Mother and Next Friend, SHEILA BERRY, by and through her attorneys, GOLDBERG WEISMAN CAIRO, and complaining of the Defendant, KIMBERLY REILLY, alleges as follows:

**JURISDICTION**

1.   The jurisdiction of this Court attaches under the provisions of 28 U.S.C. §1332 in that the amount in controversy exceeds, exclusive of interest and costs, the sum of $75,000.00 and the parties are citizens of different states.

2.   Plaintiff is a citizen of the State of Missouri, residing in Ozark, Missouri. The Defendant is a citizen of the State of Illinois, residing in Lisle, Illinois.

3.   The occurrence at issue took place in the County of Ogle, State of Illinois.

**MATERIAL ALLEGATIONS**

**COUNT I**

**(NEGLIGENCE)**

1.   That on May 28, 2005, and for some time prior thereto, the Defendant, KIMBERLY REILLY, owned, possessed, harbored and/or controlled a certain dog at or near the Hansen's Hideaway Campground located in Ogle County, at or near the City of Oregon and State of Illinois.

2. That at said time and place, the Plaintiff, ANTHONY BERRY, was lawfully at or near the aforesaid premises.

3. That at said time and place, the dog, owned, possessed, harbored and/or controlled by the Defendant, KIMBERLY REILLY, was in and around said premises.

4. That at said time and place, the Defendant was under a duty to possess, control, harbor and maintain said dog in a reasonably safe manner, and in such a way so as to not cause injury to the Plaintiff or other persons lawfully upon said premises.

5. That at said time and place, the Plaintiff was peacefully conducting himself when, without provocation by the Plaintiff, the aforesaid dog attacked the Plaintiff.

6. That at said time and place, the Defendant committed one or more of the following careless and negligent acts and/or omissions:

(a) Failed to utilize adequate restraints upon said dog so as to not create an unreasonable risk of attack to persons lawfully at or near said premises;

(b) Harbored and controlled said dog in an area utilized by persons lawfully at or near said premises when the Defendant knew or, in the exercise of ordinary care, should have known that said dog possessed the propensities to attack or bite people without provocation;

(c) Harbored and controlled said dog in an area utilized by persons lawfully at or near said premises when the Defendant knew or, in the exercise of ordinary care, should have known that said dog created an unreasonable risk of injury to said persons;

(d) Failed to warn the Plaintiff while at or near said premises that said dog possessed the propensity to attack and/or cause injury without provocation, when the Defendant knew or, in the exercise of ordinary care, should have known that said dog possessed said propensity.

7. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant, KIMBERLY REILLY, the Plaintiff was caused to sustain serious injuries when he was attacked by the aforesaid dog.

8. That as a direct and proximate result of one or more of the aforesaid wrongful acts and/or omissions of the Defendant, KIMBERLY REILLY, the Plaintiff, then and there sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to his usual duties and affairs, and has lost and will in the future lose the value of that time as aforementioned. The Plaintiff also suffered great pain and anguish, both in mind and body, and will in the future continue to suffer.

WHEREFORE, Plaintiff, ANTHONY BERRY a Minor, by his Mother and Next Friend, SHEILA BERRY, demands judgment against the Defendant, KIMBERLY REILLY, in a sum in excess of SEVENTY-FIVE THOUSAND AND 00/100 ($75,000.00) and costs of suit.

## COUNT II

## (ANIMAL CONTROL ACT

NOW COMES the Plaintiff, ANTHONY BERRY a Minor, by his Mother and Next Friend, SHEILA BERRY, by and through her attorneys, GOLDBERG WEISMAN CAIRO, and complaining of the Defendant, KIMBERLY REILLY, alleges as follows:

1. - 5. Plaintiff adopts and realleges Paragraphs 1 through 5, inclusive, of Count I as and for Paragraphs 1 through 5, inclusive, of Count II, as though fully set forth herein and incorporates the same by reference.

6. That at all times relevant hereto, there was in full force and effect in the State of Illinois, a certain Statute commonly known as the "Animal Control Act," 510 ILCS 5/1 et seq., for a violation of which this cause of action is being brought.

7. That the Defendant, KIMBERLY REILLY, violated the aforesaid Statute in the following manner:

   (a) Failed to utilize adequate restraints upon said dog so as to not create an unreasonable risk of attack to persons lawfully at or near said premises;

(b) Harbored and controlled said dog in an area utilized by persons lawfully at or near said premises when the Defendant knew or, in the exercise of ordinary care, should have known that said dog possessed the propensities to jump onto people without provocation;

(c) Harbored and controlled said dog in an area utilized by persons lawfully at or near said premises when the Defendant knew or, in the exercise of ordinary care, should have known, that said dog created an unreasonable risk of injury to said persons;

(d) Failed to warn the Plaintiff while upon said premises that said dog possessed the propensity to attack and/or cause injury without provocation, when the Defendant knew, or in the exercise of ordinary care, should have known, that said dog possessed said propensity.

8. That as a direct and proximate result of the aforesaid dog attack and breach of Statute by the Defendant, KIMBERLY REILLY, the Plaintiff, ANTHONY BERRY, a Minor, then and there sustained severe and permanent injuries, both externally and internally, and was and will be hindered and prevented from attending to his usual duties and affairs, and has lost and will in the future lose the value of that time as aforementioned. The Minor Plaintiff also suffered great pain and anguish, both in mind and body, and will in the future continue to suffer.

WHEREFORE, Plaintiff, ANTHONY BERRY, a Minor, by his Mother and Next Friend, SHEILA BERRY, demands judgment against the Defendant, KIMBERLY REILLY, in a sum in excess of SEVENTY-FIVE THOUSAND AND 00/100 DOLLARS ($75,000.00) and costs of suit.

GOLDBERG WEISMAN CAIRO

By: s/Daniel H. Streckert
Daniel H. Streckert

Goldberg Weisman Cairo
Attorneys for the Plaintiff
One East Wacker Drive
38th Floor
Chicago, IL 60601
312/464-1200
312/464-1212
dstreckert@gwclaw.com