AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ANTHONY BERRY, a Minor, by his Mother
and Next Friend, SHEILA BERRY,
                 Plaintiff,

CASE NUMBER: 1:08-cv-4528

V.

ASSIGNED JUDGE: Judge Ruben Castillo

KIMBERLY REILLY,
                 Defendant.

DESIGNATED
MAGISTRATE JUDGE: Nolan

TO: (Name and address of Defendant)

Kimberly Reilly
4533 Ivanhoe
Lisle, IL 60532

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel H. Streckert, Esq.
Goldberg Weisman Cairo
One E. Wacker Dr., 38th Floor
Chicago, IL 60601
(312) 464-1200
(312) 464-1212 Fax

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*J. Cervantes* (signature)

(By) DEPUTY CLERK

August 13, 2008

Date



AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August 20, 2008 |
| NAME OF SERVER (PRINT) Ana D. Mojica | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    G  Other (specify): Served by mailing Summons and Complaint via U. S. Mail, certified, return receipt requested on August 14, 2008. Certified Mail was received by Defendant on August 16, 2008, Copy of Green Card is attached hereto.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Aug. 20, 2008        *[signature]* Ana D. Mojica
              Date              Signature of Server

Goldberg Weisman Cairo
One E. Wacker Dr., 38th Floor
Chicago, IL 60601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



UNITED STATES POSTAL SERVICE
BEDFORD PARK IL 6[...]
[postmark] AUG 2008 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

○ Sender: Please print your name, address, and ZIP+4 in this box

**gwc**
goldberg weisman cairo
one east wacker drive
38th floor
chicago, il  60601

AUG 19 2008

DHS/Berry/Summons

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                  8-16-08 |
| 1. Article Addressed to:<br><br>Kimberly Reilly<br>4533 Ivanhoe<br>Lisle, IL  60532 | D. Is delivery address different from item 1?  ☐ Yes<br>    If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)         ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7008 0150 0002 7475 5090 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540