**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of Anthony Berry, minor by his mother, | Case Number: 08 CV 4528 |

Berry, plaintiff

vs.

Kimberly Reilly, defendant

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kimberly Reilly

| |
|---|
| NAME (Type or print) <br> Amy Hemmingsen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Amy Hemmingsen |
| FIRM <br> Garretson Santora Urgo & Nugent, Ltd. |
| STREET ADDRESS <br> 2 North LaSalle Street, Suite 1100 |
| CITY/STATE/ZIP <br> Chicago, Il 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6211038 | TELEPHONE NUMBER <br> 312-263-6635 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES: X | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES : X | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES:X | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |